THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BUTTERICK PUBLISHING COMPANY, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Butterick Publishing Co.* v. *Purdy*, 153 App. Div. 665, modified.

(Argued March 3, 1913; decided March 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1912, which affirmed an order of Special Term granting a motion to quash a writ of certiorari to review the proceedings of the defendants in assessing the relator's capital stock for purposes of taxation.

*James B. Sheehan* for appellant.

*Archibald R. Watson, Corporation Counsel (Curtis A. Peters* and *Addison B. Scoville* of counsel), for respondents.

Order of Appellate Division modified so as to deduct from the assessed valuation the cost of furnishing the periodicals to the subscribers who have paid in advance for the unexpired terms of their subscriptions, without costs in this court to either party, on the dissenting opinion of SCOTT, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ. Dissenting: HOGAN, J.